IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHERMAN LEWIS, #250662     PLAINTIFF

v.     4:20CV01504-JM-JTK

BEASSE     DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 10th day of February, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE